381

**No. 56319.**—Royal Bead Novelty Co., Inc., et al. *v.* United States, protests 72280–K, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of white beads similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), the claims of the plaintiffs were sustained.

**No. 56320.**—Heller Hope Co. et al. *v.* United States, protests 175789–K, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56321.**—International Film Foundation, Inc. *v.* United States, protest 176499–K (New York).

Opinion by Oliver, C. J.   An examination of the official papers failed to disclose any reason for disturbing the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 56322.**—Continental Merchandise Co., Inc., et al. *v.* United States, protests 172325–K, etc. (New York).

Opinion by Oliver, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56323.**—F. H. Paul & Stein Bros., Inc., and Sandoz Chemical Works, Inc. *v.* United States, protests 174302–K and 170765–K (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56324.**—Fleming–Joffe, Ltd., et al. *v.* United States, protests 176879–K, etc. (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.